UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN ERICKSON and GRAY WITHERSPOON,<br><br>Plaintiffs,<br><br>v.<br><br>METRO AVIATION, INC., a Louisiana Corporation, and MILTON GETZ, an individual,<br><br>Defendants. | NO. CV-06-096-RHW<br><br>**ORDER GRANTING PARTIES STIPULATION FOR ORDER OF DISMISSAL OF PLAINTIFF SHAWN ERICKSON'S CLAIMS** |

Before the Court is the parties' Stipulation for Order of Dismissal (Ct. Rec. 39). The parties stipulate to the entry of an order dismissing Plaintiff Shawn Erickson's claims against Defendants Metro Aviation, Inc., and Milton Geltz, with prejudice and without an award of fees or costs. Plaintiff Gary Witherspoon's claims were dismissed in a previous Order (Ct. Rec. 38).

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal (Ct. Rec. 39) is **GRANTED.**

2. The claims asserted by Plaintiff Shawn Erickson against Defendants Metro Aviation, Inc. and Milton Geltz are **DISMISSED,** with prejudice and without fees or costs.

///

///

**ORDER GRANTING PARTIES STIPULATION FOR ORDER OF DISMISSAL OF PLAINTIFF SHAWN ERICKSON'S CLAIMS** * 1

| | |
|---|---|
| 1 | **IT IS SO ORDERED.**  The District Court Executive is directed to enter this |
| 2 | Order and forward copies to counsel and to **close the file**. |
| 3 | **DATED** this 7th day of January, 2008. |
| 4 | *S/ Robert H. Whaley* |
| 5 | ROBERT H. WHALEY<br>Chief United States District Judge |
| 10 | Q:\CIVIL\2006\Erickson\dismiss2.wpd |

**ORDER GRANTING PARTIES STIPULATION FOR ORDER OF DISMISSAL OF PLAINTIFF SHAWN ERICKSON'S CLAIMS** \* 2